# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

RAYVON BOATMAN,

    Plaintiff,

v.                                Case No: 2:21-cv-184-SPC-NPM

SVPPD, GEO, CCRS, WELLPATH, D. SAWYER, M. MASTERS, E. SALEMA, B. LIBEL and FCCC,

    Defendants.
_____/

## ORDER[1]

This case comes before the Court on review of the docket. Plaintiff Rayvon Boatman filed a complaint in the Jacksonville Division of the Middle District of Florida on February 26, 2021. The Jacksonville Court transferred the case to the Fort Myers Division, where it was docketed as Case No. 2:21-cv-176-JES-MRM. It appears the Jacksonville Court forwarded Boatman's Motion for Preliminary Injunction and Temporary Restraining Order (Doc. 1) in a separate envelope, which the Clerk docketed under a separate case number. Boatman later filed a Motion for Order (Doc. 2), bearing the

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Jacksonville case number. Boatman clearly intended to file both motions in the case that was transferred from Jacksonville.

Accordingly, it is now

**ORDERED:**

The Clerk is **DIRECTED** to docket Boatman's motions (Doc. 1; Doc. 2) in Case No. 2:21-cv-176-JES-MRM, terminate the motions from this docket, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on July 13, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record